UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23554-UU

DANNY ANGEL RODRIGUEZ,

    Plaintiff,

v.

CRISTINA MAXWELL, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's *pro se* Amended Complaint for Violation of Civil Rights (the "Amended Complaint"), filed pursuant to *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971). D.E. 12. The Court has reviewed the Amended Complaint and the pertinent parts of the record and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Lisette M. Reid, who issued a Report (the "Report"), recommending that the Amended Complaint be dismissed without prejudice for failure to state claim upon which relief can be granted under § 1915(e). D.E. 21. Plaintiff's claims in the Amended Complaint are predicated upon Defendants' allegedly unlawful entry into Plaintiff's storage unit. D.E. 12-1. According to Plaintiff, Defendants "knowingly, with malice, violated Plaintiff's constitutional protections under the Fourth and Eighth Amendment." *Id.* Further, Plaintiff alleges that Defendants "perpetrated a fraud and malfeasance to the detriment of Plaintiff" in connection with the evidence seized from the storage unit. *Id.*

In the Report, Magistrate Judge Reid determined that Plaintiff's claims were subject to dismissal under *Heck v. Humphrey*, 512 U.S. 477 (1994). Magistrate Judge Reid explained that

"a civil action 'for damages attributable to an unconstitutional conviction or sentence does not accrue until the conviction or sentence has been invalidated.'" D.E. 21 (quoting *Peterson v. Overstreet*, 819 F. App'x 778, 780 (11th Cir. 2020) (citing *Heck*, 512 U.S. at 489–90)). Accordingly, Magistrate Judge Reid determined that Plaintiff's claims are unripe because his underlying conviction and sentence have not been invalidated. *Id.* And because Plaintiff's claims are unripe, Magistrate Judge Reid found that dismissal is appropriate. *Id.*

Plaintiff timely filed objections to the Report. D.E. 22. First, Plaintiff objects to Magistrate Judge Reid's "factual allegations." *Id.* Plaintiff asserts that the Report "omits that Defendants replaced [the locks on Plaintiff's storage unit] with their own locks." *Id.* But even if the Court were to accept this allegation as true, it does nothing to change Magistrate Judge Reid's analysis.

Plaintiff also objects on the basis that Magistrate Judge Reid's determination that Plaintiff's claims are barred by *Heck* is misplaced. *Id.* Plaintiff asserts that "[t]his *Bivens* claims is ripe for review because it's a stand[-]alone issue." *Id.* The Court disagrees. Magistrate Judge Reid correctly applied the relevant law in reaching the conclusion that Plaintiff's claims are unripe and thus subject to dismissal.

Upon *de novo* review of the Amended Complaint and the Report, the undersigned agrees with Magistrate Judge Reid's recommendation in all respects. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report (D.E. 21) is ADOPTED, RATIFIED, AND AFFIRMED in all respects. This case is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings and deadlines are CANCELLED, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers, Miami, Florida, this 24th__ day of March, 2021.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record